# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SYLVIA LUCKETT**                                                                                      **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 3:23-cv-352-HTW-LGI**

**MERIDIAN SECURITY INSURANCE COMPANY**                  **DEFENDANT**

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date,

**IT IS, HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 22nd, day of July 2024.

                                                         /s/HENRY T. WINGATE
                                                         **UNITED STATES DISTRICT COURT**